OFFICE OF DISCIPLINARY COUNSEL *v.* CALLERY.

[Cite as *Disciplinary Counsel v. Callery* (1992), 64 Ohio St.3d 294.]

(No. 92–460—Submitted June 3, 1992—Decided August 12, 1992.)

*J. Warren Bettis,* Disciplinary Counsel, and *Karen B. Hull,* for relator.
*William R. Callery, Jr., pro se.*

*Per Curiam.*  We concur in the findings and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.